UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| GEORGINE M. GRAYEDA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | MISCELLANEOUS ACTION NO. C-07-61 |
| | § | |
| TEXAS RIO GRANDE LEGAL AID, | § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING MEMORANDUM AND
RECOMMENDATION TO DENY PLAINTIFF'S MOTION
TO PROCEED *IN FORMA PAUPERIS*
AND TO DISMISS PLAINTIFF'S ACTION**

On June 20, 2007, United States Magistrate Judge Brian L. Owsley signed a Memorandum and Recommendation recommending that plaintiff's motion to proceed *in forma pauperis* be denied, and that her claim be dismissed. Seeing no objection to this recommendation by either party and having now reviewed the recommendation, this Court hereby adopts as its own the Memorandum and Recommendation as the decision of the Court. Accordingly, it is

ORDERED that plaintiff's motion to proceed *in forma pauperis* is denied and her claim is dismissed.

The clerk shall enter this order and provide a copy to all parties.

SIGNED this 12th day of July, 2007.

_____
Janis Graham Jack
United States District Judge