UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| GEORGINE M. GRAYEDA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | MISCELLANEOUS ACTION NO. C-07-61 |
| | § | |
| TEXAS RIO GRANDE LEGAL AID, | § | |
| | § | |
| Defendant. | § | |

# FINAL JUDGMENT

In accordance with the Court's Order Adopting Memorandum and Recommendation to Deny Plaintiff's Motion to Proceed *In Forma Pauperis* and to Dismiss Plaintiff's Claim, the Court renders final judgment dismissing this action.

SIGNED this 12th day of July, 2007.

_____
Janis Graham Jack
United States District Judge